IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–14–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ERIC CHRISTIAN TIPPETT, | |
| Defendant. | |

The United States has moved unopposed for a preliminary order of forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b). Defendant Eric Christian Tippett has been adjudged guilty of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a) (Count 1), and of being a Prohibited Person in Possession of Firearms and Ammunition, in violation of 18 U.S.C. § 922(g)(1) (Count 2), as charged the Superseding Information, (Doc. 25). For such violations, Defendant Tippett admitted the Superseding Information's forfeiture allegation pursuant to 18 U.S.C. § 924(d). (Doc. 32; *see* Doc. 25.)

The evidence set forth in the Defendant's guilty plea, (Doc. 32), and the Offer of Proof, (Doc. 28), provide a factual basis and cause to issue this Preliminary Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(b).

Accordingly, IT IS ORDERED that:

1

1. The United States' motion for preliminary order of forfeiture, (Doc. 34), is GRANTED.

2. Defendant Tippett's right, title, and interest in the following property is forfeited pursuant to 18 U.S.C. § 924(d):

1) Haskell, model JHP, .45 caliber pistol, S/N: X4245207;

2) J.P. Sauer & Sohn, model Western Sixshooter, .22 caliber revolver, S/N: 5951-2;

3) Remington Arms, model 700, .243 caliber rifle, S/N: 6784791;

4) CBC (Companhia Brasileira de Cartuchos), model Rossi MP, .22 caliber rifle, S/N: 7CM007529M;

5) Harrington & Richardson, model Pardner, .12 caliber shotgun, S/N: NZ923845;

6) Winchester, model 94, .30-30 caliber rifle, S/N: 2873026;

7) Remington Arms, model 700, .30-06 caliber rifle, S/N: 6290987;

8) Savage, model Stevens 94K, .410 caliber shotgun, S/N: A792376;

9) Ruger, model EC9S, 9mm caliber pistol, S/N: 457-22372;

10) Rossi, model M62 SAC, .22 caliber rifle, S/N: G319238;

11) Rossi, model 92 SRC, .45 caliber rifle, S/N: AM051763;

12) Remington Arms, model 512X, .22 caliber rifle, S/N: ON 49;

13) Ruger, model 10/22 50th Anniversary, .22 caliber rifle, S/N: 828-76442;

14) Del-Ton, model DT Sport, .556 caliber rifle, S/N: DTI-S083834; and

15) Any associated accessories and ammunition, including 416 rounds of assorted caliber ammunition.

3. The Bureau of Alcohol, Tobacco, Firearms & Explosives, or a

2

designated custodian, are directed to seize and/or maintain custody of this forfeitable property and to make a return as provided by law.

4. The United States will provide written notice to any third parties with a potential legal interest in the above-described property, and will also post on an official government internet site, www.forfeiture.gov, for at least 30 consecutive days, notice of this Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

5. Upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c), in which all such interests will be addressed.

DATED this __15__ day of July, 2026.

Donald W. Molloy, District Judge
United States District Court

3