IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC CHRISTIAN TIPPETT,<br><br>Defendant. | CR 26–14–M–DWM<br><br>ORDER |

Before the Court is the United States' unopposed Motion for Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c)(2) of the property identified below. Having reviewed the Motion, the Court FINDS:

1. The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d) for violation of 18 U.S.C. § 922(g)(1), to which Defendant Eric Christian Tippett pled guilty.
2. On July 15, 2026, the Court entered a Preliminary Order of Forfeiture (Doc. 36), which forfeited Defendant's interest in the following property:

    1) Remington Arms, model 700, .243 caliber rifle, S/N: 6784791;

    2) CBC (Companhia Brasileira de Cartuchos), model Rossi MP, .22 caliber rifle, S/N: 7CM007529M;

    3) Winchester, model 94, .30-30 caliber rifle, S/N: 2873026;

    4) Remington Arms, model 700, .30-06 caliber rifle, S/N: 6290987;

5) Savage, model Stevens 94K, .410 caliber shotgun, S/N: A792376;

6) Ruger, model EC9S, 9mm caliber pistol, S/N: 457-22372;

7) Rossi, model M62 SAC, .22 caliber rifle, S/N: G319238;

8) Rossi, model 92 SRC, .45 caliber rifle, S/N: AM051763;

9) Remington Arms, model 512X, .22 caliber rifle, S/N: ON 49;

10) Harrington & Richardson, model Pardner, .12 caliber shotgun, S/N: NZ923845;

11) Haskell, model JHP, .45 caliber pistol, S/N: X4245207;

12) J.P. Sauer & Sohn, model Western Sixshooter, .22 caliber revolver, S/N: 5951-2;

13) Ruger, model 10/22 50th Anniversary, .22 caliber rifle, S/N: 828-76442;

14) Del-Ton, model DT Sport, .556 caliber rifle, S/N: DTI-S083834; and

15) Any associated accessories and ammunition, including 416 rounds of assorted caliber ammunition.

3. Published notice is complete, (Doc. 37), as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6), and all known potentially interested parties were provided an opportunity to respond.

4. The United States received a timely, valid petition from third-party K.T. to the property identified in Paragraphs (1) through (9), above. The Bureau of Alcohol, Tobacco, Firearms, and Explosives has confirmed that K.T. is permitted to possess firearms.

5. No other claims have been made to the above-identified property and the time for doing so expired when published notice was complete.

6. It appears there is cause to issue a Final Order of Forfeiture under Fed. R. Crim. P. 32.2(c)(2).

Accordingly, IT IS ORDERED that:

1. The United States' Motion for Final Order of Forfeiture is GRANTED.

2. The United States is directed to return the following property to its lawful owner, K.T., when no longer needed as evidence and in accordance with governing law:

    1) Remington Arms, model 700, .243 caliber rifle, S/N: 6784791;

    2) CBC (Companhia Brasileira de Cartuchos), model Rossi MP, .22 caliber rifle, S/N: 7CM007529M;

    3) Winchester, model 94, .30-30 caliber rifle, S/N: 2873026;

    4) Remington Arms, model 700, .30-06 caliber rifle, S/N: 6290987;

    5) Savage, model Stevens 94K, .410 caliber shotgun, S/N: A792376;

    6) Ruger, model EC9S, 9mm caliber pistol, S/N: 457-22372;

    7) Rossi, model M62 SAC, .22 caliber rifle, S/N: G319238;

    8) Rossi, model 92 SRC, .45 caliber rifle, S/N: AM051763; and

    9) Remington Arms, model 512X, .22 caliber rifle, S/N: ON 49.

3. The following property is finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

   1) Harrington & Richardson, model Pardner, .12 caliber shotgun, S/N: NZ923845;

   2) Haskell, model JHP, .45 caliber pistol, S/N: X4245207;

   3) J.P. Sauer & Sohn, model Western Sixshooter, .22 caliber revolver, S/N: 5951-2;

   4) Ruger, model 10/22 50th Anniversary, .22 caliber rifle, S/N: 828-76442;

   5) Del-Ton, model DT Sport, .556 caliber rifle, S/N: DTI-S083834; and

   6) Any associated accessories and ammunition, including 416 rounds of assorted caliber ammunition.

The United States has full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 20th day of October, 2026.

Donald W. Molloy

DONALD W. MOLLOY,
District Judge United States District Court